RECEIVED
IN ALEXANDRIA, LA.

JUN 16 2014

TONY R. MOORE, CLERK
BY_____
      DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| RANDELL ORANGE | DOCKET NO. 13-CV-3113; SEC. P |
| VERSUS | JUDGE JAMES T. TRIMBLE, Jr. |
| WARDEN | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for writ of *habeas corpus* be **DENIED AND DISMISSED** because Petitioner's claims are procedurally defaulted and barred by the one-year limitations period codified at 28 U.S.C. §2244(d).

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 16th day of June, 2014.

_____
JAMES T. TRIMBLE, Jr.
UNITED STATES DISTRICT COURT